CHARLES GOELL, Appellant, Impleaded with Another, v. UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, Respondent.

Submitted July 29, 1941; decided October 9, 1941.

*Jerome M. Schwartz, William Rosmarin* and *Seymour Weil* for motion.

*Stewart Maurice* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground that the orders do not finally determine the action within the meaning of the Constitution.